

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

May 1, 2025

<u>By ECF</u>
Hon. Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *Alzebidi*, *et al. v. U.S., et al.,* No 25 Civ. 1575 (RA)

Dear Judge Abrams:

    This Office represents the government in this action in which plaintiffs seek review of a Final Agency Decision by the United States Department of Agriculture, Food and Nutrition Service disqualifying plaintiffs for six months from participating in the Supplemental Nutrition Program ("SNAP") for accepting SNAP benefits in exchange for ineligible items in violation of 7 C.F.R. § 278.2(a). I respectfully write to request a thirty-day adjournment of the initial conference scheduled for May 9, 2025, at 3:30 p.m., with a corresponding extension of time to submit the joint letter and proposed case management plan.

    The reason for this request is to allow the parties an opportunity to explore settlement of this case. Yesterday, I sent the government's proposed settlement terms to plaintiffs. The additional time would permit plaintiffs time to consider the government's proposal.

    Plaintiffs consent to this request. This is the government's first request for an adjournment of the initial conference and the associated date to submit the joint letter and proposed case management plan.

I thank the Court for consideration of this request.

           Respectfully,

           JAY CLAYTON
           United States Attorney

       by: /s/ Leslie A. Ramirez-Fisher
           LESLIE A. RAMIREZ-FISHER
           Assistant United States Attorney
           (212) 637-0378
           Leslie.ramirez-fisher@usdoj.gov

cc: Jess Berkowitz, Esq. (By ECF)

Application granted. The conference is hereby adjourned to June 6, 2025 at 4:30 p.m. The parties shall submit a joint letter and proposed case management and scheduling order no later than May 30, 2025.

SO ORDERED.

_____
Hon. Ronnie Abrams
May 6, 2025